IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KEVIN LAMAR FEAGINS, #68650 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17cv272 |
| | § | |
| DENTON COUNTY JAIL, ET AL. | § | |

**MEMORANDUM ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS ON DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This civil action was referred to United States Magistrate Judge Christine A. Nowak. The Reports and Recommendations of the Magistrate Judge (Dkt. ##46, 47), which contain proposed findings of fact and recommendations for the disposition of Defendants' motions to dismiss (Dkt. ##20, 24) and Plaintiff's motion for summary judgment (Dkt. #35), have been presented for consideration. The Reports recommend that the motions to dismiss and motion for summary judgment be denied as moot since Plaintiff subsequently has filed an amended complaint (Dkt. #43), which entirely supersedes the original complaint (Dkt. #1). No objections have been filed. The Court concludes that the Reports (Dkt. ##46, 47) are correct and adopts the findings and conclusions of the Magistrate Judge. It is accordingly

**ORDERED** that the motions to dismiss (Dkt. ##20, 24) and the motion for summary judgment (Dkt. #35) are **DENIED**.

**SIGNED this 27th day of March, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE